**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
Air Sea Services, S.R.L.
(212) 376-6400



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 5721**

------------------------------------------------------------X

AIR SEA SERVICES, S.R.L,

                Plaintiff,

      - against -

DELTA AIR LINES, INC.,

                Defendant.

------------------------------------------------------------X

**ECF CASE**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (Formerly Local Rule 1.9 for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

> **Plaintiff Air Sea Services, S.R.L., is a privately held corporation with no ownership by parent companies.**

Dated: New York, New York
       June 15, 2007 June 14, 2007

                                McDERMOTT & RADZIK, LLP
                                Attorneys for Plaintiff,
                                Air Sea Services, S.R.L.

By: _____
                                THOMAS R. DeSIMONE (TD 0786)
                                Wall Street Plaza
                                88 Pine Street – 21st Floor
                                New York, New York 10005-1801
                                (212) 376-6400
                                Our Case File No.: 37-07-89 ECR/TRD