FRANCIS A. MONTBACH (FAM9631)
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AIR SEA SERVICES, S.R.L.,

                              Plaintiff,

            - against -

DELTA AIR LINES, INC.,

                              Defendants.
-------------------------------------------------------x

07 CIV. 5721 (DLC)(JCF)

**NOTICE OF
BANKRUPTCY
DISCHARGE AND
PERMANENT
INJUNCTION**

ECF CASE

S I R S:

            PLEASE TAKE NOTICE that on September 14, 2005, Delta Air Lines, Inc., and

the affiliated companies listed below filed a Voluntary Petition for relief and the United States

Bankruptcy Court for the Southern District of New York entered an Order for Relief under

Chapter 11 of Title 11 of the United States Code in the following cases:

            Delta Air Lines, Inc., Case No. 05-17923-PCB
            ASA Holdings, inc ., Case No. 05-17946-PCB
            Comair Holdings, LLC, Case No. 05-17931-PCB
            Comair, Inc., Case No. 05-17924-PCB
            Comair Services, Inc., Case No. 05-17935-PCB
            Crown Rooms, Inc., Case No. 05-17922-PCB
            DAL Aircraft Trading, Inc., Case No. -5-17941-PCB
            DAL Global Services, LLC, Case No. 05-17928-PCB
            DAL Moscow, Inc., Case No. 05-17937-PCB
            Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
            Delta Benefits Management, Inc., Case No. 05-17945-PCB
            Delta Connection Academy, Inc., Case No. 05-17926-PCB
            Delta Corporate Identity, Inc., Case No. 05-17932-PCB
            Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
            Delta Technology, LLC, Case No. 05-17927-PCB
            Delta Ventures III, LLC, Case No. 05-17936-PCB

Epsilon Trading, Inc., Case No. 05-17943-PCB
Kappa Capital Management, Inc., Case No. 05-17947-PCB
Song, LLC, Case No. 05-17921-PCB

PLEASE TAKE FURTHER NOTICE that on April 25, 2007, the United States

Bankruptcy Court for the Southern District of New York entered an Order (the "Confirmation

Order") in the Chapter 11 cases of the above referenced debtors and debtors-in-possession

(collectively the "Debtors" confirming the Debtors' Joint Plan of Reorganization under Chapter

11 of the Bankruptcy Code (as confirmed, the "Plan").  On April 30, 2007, the Effective Date of

the Plan occurred.  The Confirmation Order operates as a discharge of and permanent injunction

to the continuance of any attempts to pursue collection of any pre-petition claims against the

Debtor, as more particularly set forth in the Notice of (I) Entry of Order Confirming Debtors'

Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code; (II) Occurrence of the

Effective Date and (III) Bar Dates for Filing Certain Post-Petition Claims, dated April 30, 2007

(a true and correct copy of which is attached as Exhibit "A" to this Notice).

Dated: New York, New York
      July 5, 2007.

                 MOUND COTTON WOLLAN & GREENGRASS
                 Attorneys for Defendant
                 Delta Air Lines, Inc.

                 By
                      Francis A. Montbach (FAM9631)
                 One Battery Park Plaza
                 New York,  NY   10004
                 (212) 804-4200

TO:    THOMAS R. DESIMONE, ESQ.
       MCDERMOTT & RADZIK, LLP
       Wall Street Plaza
       88 Pine Street
       New York, NY   10005-1801
       (212) 376-5400

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )      ss.:
COUNTY OF NEW YORK  )

Marian Kelly, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Maywood, New Jersey.  That on the 5th day of July, 2007 deponent served the NOTICE OF BANKRUPTCY DISCHARGE AND PERMANENT INJUNCTION upon:

MCDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street
New York, NY   10005-1801

at the address designated by said attorneys by depositing the same enclosed in a postpaid properly addressed wrapper directed to each of said attorneys at the above addresses in an official depository under the exclusive care and custody of the US Postal Service within the State of New York.

_____
Marian Kelly

Sworn to before me this
5th day of July, 2007

_____
Notary Public

JOSHUA MILRAD
Notary Public, State of New York
No. 02MI6076517
Qualified in New York County
Commission Expires June 24, 20/0