```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
AIR SEA SERVICES, S.R.L.,                :    07 Civ. 5721 (DLC)
                                         :
               Plaintiff,                :         ORDER
                                         :
        -v-                              :
                                         :
DELTA AIR LINES, INC.,                   :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

DENISE COTE, District Judge:

It having been reported to this Court that the Bankruptcy Court has confirmed the plan of reorganization of the defendant, it is hereby

ORDERED that the parties shall provide letters by September 28, 2007 addressing the status of this case.

Dated:   New York, New York
         September 10, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge

ECF NOTICE TO BE SENT TO:

Thomas R. DeSimone
McDermott & Radzik, LLP


COPIES MAILED TO:

Francis A. Montbach
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004