**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York  10005-1801
Attorneys for Plaintiff,
Air Sea Services, S.R.L.
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AIR SEA SERVICES, S.R.L,

                              Plaintiff,

                   - against -

DELTA AIR LINES, INC.,

                           Defendant.
-------------------------------------------------------------X

**ECF CASE**

07 CIV 5721 (DLC)(JCF)

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that the above-entitled action may be and is hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs.   Plaintiff dismisses this suit as a result of the permanent injunction resulting from the Confirmation Order entered by the United States Bankruptcy Court for the Southern District of New York on April 25, 2007.

Dated:  New York, New York
        September 26, 2007

1

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff,
Air Sea Services, S.R.L.

By:

THOMAS R. DeSIMONE (TD 0786)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
(212) 376-6400
Our Case File No.:  37-07-89 ECR/TRD

**SO ORDERED**

_____
The Honorable Denise Cote
United States District Judge

2