**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
Air Sea Services, S.R.L.
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AIR SEA SERVICES, S.R.L,

                Plaintiff,

    - against -

DELTA AIR LINES, INC.,

                Defendant.
-----------------------------------------------------------X

ECF CASE

07 CIV 5721 (DLC)(JCF)

**NOTICE OF VOLUNTARY DISMISSAL**

    **PLEASE TAKE NOTICE** that the above-entitled action may be and is hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs. Plaintiff dismisses this suit as a result of the permanent injunction resulting from the Confirmation Order entered by the United States Bankruptcy Court for the Southern District of New York on April 25, 2007.

Dated: New York, New York
       September 26, 2007

So ordered.
/s/ Denise Cote
Sept. 28, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

1

                McDERMOTT & RADZIK, LLP
                Attorneys for Plaintiff,
                Air Sea Services, S.R.L.

By: _____
     THOMAS R. DeSIMONE (TD 0786)
     Wall Street Plaza
     88 Pine Street – 21st Floor
     New York, New York 10005-1801
     (212) 376-6400
     Our Case File No.: 37-07-89 ECR/TRD

**SO ORDERED**

_____
The Honorable Denise Cote
United States District Judge